17 A.3d 815

TWENTY–FIRST CENTURY RAIL CORPORATION, PLAINTIFF, AND FRONTIER–KEMPER/SHEA/BEMO, JOINT VENTURE, PLAINTIFF–MOVANT v. NEW JERSEY TRANSIT CORP., DEFENDANT, AND PB AMERICAS, INC., F/K/A PARSONS, BRINCKERHOFF, QUADE & DOUGLAS, INC., DEFENDANT–RESPONDENT.

April 14, 2011.

ORDERED that the motion for leave to appeal is granted.